IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV<br><br>    Petitioner<br><br>v.<br><br>BEVERLY BARNHART, ET AL.<br><br>    Respondents | Civil Action No.: 1:07-cv-2011 (RJL) |

## JOINT MOTION TO STAY ALL PROCEEDINGS

Petitioner and Respondents, by undersigned counsel and pursuant to LCvR 7 hereby submit the following Joint Motion to Stay All Proceedings and state the following:

1.    Petitioner Joseph R. Karsner, IV, seeks to confirm a number of Stipulated Awards entered by various arbitration panels.

2.    In one of the cases, *Karsner v. Lothian et al.*, 1:2007cv00334 (RJL) the Maryland Office of Attorney General, which is seeking to intervene in the matters, filed a Notice of Appeal to the United States Court of Appeals for the District of Columbia Circuit.

3.    In light of the appeal, the Petitioner, the Respondents, and the Maryland Office of Attorney General, believe that all proceedings in this matter should be stayed pending the resolution of the appeal.

4.    Moreover, to the extent the Petitioner files any additional Petitions to Confirm a Stipulated Award, the parties similarly agree that all proceedings in those matters should be stayed pending the resolution of the appeal.

WHEREFORE, Petitioner, Respondents, and the Maryland Office of Attorney General request that this Court enter the attached Order staying all proceedings in this and the related matters.

Respectfully submitted,

/s/_____

Jeffrey J. Hines, Esq. (#406090)
George S. Mahaffey Jr., Esq. (#MD15083)
Christopher Corchiarino, Esq.
Goodell, DeVries, Leech & Dann, L.L.P.
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4993
(410) 783-4040

Richard J. Magid, Esq.
Whiteford, Taylor & Preston, LLP
7 Saint Paul Street
15th Floor
Baltimore, MD 21202-1697
(410) 347-8716

*Attorneys for Petitioner*

Terri L. Reicher, Esquire
B.G. Brooks, Esquire
FINRA
1735 K Street, NW
Washington, D.C. 20006
Terri.Reicher@nasd.com
202-728-8967

Kelvin M. Blake, Esquire
Office of the Attorney General of Maryland
200 St. Paul Street
25th Floor
Baltimore, Maryland 21202
kblake@oag.state.md.us
410-576-7783

4840-4986-7810

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of November 2007, a copy of the foregoing was sent via ECF filing to the following:


Terri L. Reicher, Esquire
B.G. Brooks, Esquire
FINRA
1735 K Street, NW
Washington, D.C. 20006
Terri.Reicher@nasd.com
202-728-8967

Kelvin M. Blake, Esquire
Office of the Attorney General of Maryland
200 St. Paul Street
25th Floor
Baltimore, Maryland 21202
kblake@oag.state.md.us
410-576-7783

Richard J. Magid, Esquire
Whiteford, Taylor & Preston, LLP
7 Saint Paul Street
15th Floor
Baltimore, MD 21202-1697
(410) 347-8716
rmagid@wtplaw.com


/s/_____
George S. Mahaffey Jr.

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV<br><br>    Petitioner<br><br>v.<br><br>BEVERLY BARNHART, ET AL.<br><br>    Respondents | Civil Action No.: 1:07-cv-2011 (RJL) |

### ORDER

Having considered the Joint Motion To Stay All Proceedings, it is this _____ day of_____ 2007, hereby: **ORDERED** that Joint Motion To Stay All Proceedings shall be and is **GRANTED** and that all proceedings in this case should be stayed pending the resolution of the appeal in the matter styled *Karsner v. Lothian et al.*, 1:2007cv00334 (RJL).

_____
Richard J. Leon:  Judge, United States
District Court for the District of Columbia

Copies to:

Terri L. Reicher, Esquire
B.G. Brooks, Esquire
FINRA
1735 K Street, NW
Washington, D.C. 20006
Terri.Reicher@nasd.com
202-728-8967

Kelvin M. Blake, Esquire
Office of the Attorney General of Maryland
200 St. Paul Street
25th Floor
Baltimore, Maryland 21202
kblake@oag.state.md.us
410-576-7783

George S. Mahaffey Jr., Esquire
Jeffrey J. Hines, Esq. (#406090)
Goodell, DeVries, Leech & Dann, L.L.P.
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4993
(410) 783-4040

Richard J. Magid, Esquire
Whiteford, Taylor & Preston, LLP
7 Saint Paul Street
15th Floor
Baltimore, MD 21202-1697
(410) 347-8716